UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

S.M.,

        Petitioner,

v.

PAMELA BONDI, *United States Attorney General;*

KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*;

DAVID EASTERWOOD, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*; and

        Respondents.

Civil No. 26-639 (JRT/DTS)

**ORDER**

---

Petitioner is a refugee from Afghanistan, who alleges that she was arrested by U.S. Immigration and Customs Enforcement officers at her home on January 25, 2026, and is being detained unlawfully. Petitioner filed a Verified Petition for a Writ of Habeas Corpus on January 25. (Docket No. 1.)

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. Respondents are **ENJOINED** from removing, transferring, or otherwise facilitating the removal of Petitioner from the District of Minnesota until the Court issues an order on the pending Petition for Writ of Habeas Corpus (Docket No. [1]).

    a. Respondents may request permission from the Court to move Petitioner if unforeseen or emergency circumstances arise which require Petitioner to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Petitioner.

    b. If Petitioner has already been removed from Minnesota, Respondents are **ORDERED** to immediately return Petitioner to Minnesota.

2. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner by **no later than 5:00 p.m. January 28, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

3. Respondents' answer must include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

    b. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

    c. Respondents' recommendation on whether an evidentiary hearing should be conducted;

    d. Whether the absence of a warrant preceding Petitioner's arrest necessitates Petitioner's immediate release. *See e.g.*, *Ahmed M. v. Bondi*, No. 25-4711, 2026 WL 25627, at *3 (D. Minn. Jan. 5, 2026).

4. By no later than **2:00 p.m. on January 26, 2026**, Petitioner must file either a reasoned memorandum of law establishing that use of her initials rather than her name is appropriate or, alternatively, she must file an amended petition using her name rather than her initials. Should Petitioner intend to argue that her name must remain obscured, she must submit under seal a document with her full name. Although the Court appreciates the privacy concerns in this case, Respondents cannot otherwise reasonably be expected to respond to her habeas petition.

5. If Petitioner intends to file a reply to Respondents' answer, she must do so by **no later than 5:00 p.m. on January 29, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 26, 2026　　　　　　　　　_____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　United States District Judge