# UNITED STATES DISTRICT COURT
## District of Minnesota

S.M.

Petitioner(s),

v.

Todd Blanche, Markwayne Mullin, Todd M. Lyons, David Easterwood

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00639-JRT-DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Civil Case 26-639 shall be closed.

Date: 6/10/2026

KATE M. FOGARTY, CLERK